IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON L. PORTER,

            Plaintiff,

v.

WARDEN MR. M. DITTMAN,
SEC. DIR. MR. WEBER, MS. S.
BERNDT, LT. MR. BEUTTNER,
SGT. MR. TULLY, MS. SCHMIDTKNECHT,
and LT. MR. JULSON,

            Defendants.

OPINION AND ORDER

20-cv-1061-wmc

*Pro se* plaintiff Brandon L. Porter filed this lawsuit alleging that he was placed in segregation based on a false conduct report. (Dkt. #1.) The complaint is currently under advisement for screening as required by 28 U.S.C. § 1915A. Porter now asks to withdraw his complaint voluntarily and for a refund of the paid portion of the filing fee, explaining that he has settled another lawsuit and wants to dismiss this one. (Dkt. #7.) The court will grant Porter's request. This case has not yet been screened, so dismissing it now will not prejudice the defendants.

ORDER

IT IS ORDERED that plaintiff Brandon L. Porter's motion to voluntarily dismiss his case and for a refund of the filing fee (dkt. #7) is GRANTED. This case is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1). The clerk of court is directed to return the paid portion of the filing fee to Porter.

Entered this 5th day of October, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge